# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| YOLEXIE M. RIVERA SERRANO, | : | No.: 4:17-CV-01656 |
|---|---|---|
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 6th day of April 2018, having conducted a *de novo* review, and no opposition having been filed in response to the report and recommendation of the magistrate judge **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Joseph F. Saporito, Jr.'s March 15, 2018 Report and Recommendation, ECF No. 10, is **ADOPTED in full**.

2. The decision of the Commissioner of Social Security is **AFFIRMED**.

3. This action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

4. Judgment is entered in favor of Defendant and against Plaintiff.

5. The Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge